[No. 10827–5–II. Division Two. June 1, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. VAUGHN LEE JENSEN, *Appellant.*

Appeal from a judgment of the Superior Court for Pacific County, No. 86–1–00093–1, David E. Foscue, J., entered March 10, 1987. *Affirmed* by unpublished opinion per Reed, J., concurred in by Alexander, C.J., and Petrich, J.

[No. 9084–1–III. Division Three. June 1, 1989.]

SUSAN LAURA REYNOLDS, *Respondent,* v. THOMAS EARL REYNOLDS, *Appellant.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 59903, Yancey Reser, J., entered January 11, 1988. *Reversed* by unpublished opinion per Green, J., concurred in by Munson, A.C.J., and Shields, J.

[No. 11470–4–II. Division Two. June 2, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. DEAN WAGSTAFF, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis County, No. 87–1–00134–7, David R. Draper, J., entered October 28, 1987. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Alexander, C.J., and Petrich, J.

[No. 21072–6–I. Division One. June 5, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. CHRISTOPHER WARREN McGRAIL, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86–1–04206–3, Liem E. Tuai, J., entered September 24, 1987. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Grosse, A.C.J., and Webster, J.